1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9
   PATRICIA OGLETREE,                  )        1:07cv0920 DLB
10                                      )
                                        )
11                                      )
                                        )        ORDER GRANTING EXTENSION
12                                      )        OF TIME
                 Plaintiff,            )
13                                      )        (Document 14)
           vs.                          )
14                                      )
   MICHAEL J. ASTRUE, Commissioner,     )
15                                      )
                                        )
16               Defendant.            )
   _____)
17

18
           Pursuant to the parties' February 13, 2008, stipulation, Plaintiff is granted an extension of
19
   time to serve Defendant with her confidential letter brief.  Plaintiff's brief shall be served on
20
   Defendant by March 28, 2008.
21

22
           IT IS SO ORDERED.
23
       Dated:   **February 14, 2008**            ____/s/ **Dennis L. Beck**_____
24                                               UNITED STATES MAGISTRATE JUDGE
25
26
27
28                                               1