IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA OGLETREE,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>    Defendant. | 1:07cv0920 DLB<br><br>ORDER TO SHOW CAUSE |

    On June 25, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On June 27, 2007, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. Defendant's opposition is due within 30 days.

    On January 8, 2007, Defendant lodged the administrative record. Plaintiff filed her opening brief on March 31, 2008. To date, Defendant has failed to file an opposition.

1

     Therefore, Defendant is ORDERED TO SHOW CAUSE, if any he has, why sanctions should not be imposed for failure to comply with the June 27, 2007, scheduling order.  Defendant is ORDERED to file a written response to this Order to Show Cause within 20 days of the date of this Order.

     Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:**   **May 7, 2008**                        /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE