IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA OGLETREE,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>Defendant. | 1:07cv0920 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br>(Document 17) |

On June 25, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On May 7, 2008, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to the opening brief. On May 10, 2008, Defendant filed his response to the order to show cause, explaining that counsel inadvertently miscalendared the response date. Defendant also filed his opposition.

Accordingly, the order to show cause issued on May 7, 2008, is DISCHARGED. Pursuant to the Scheduling Order, Plaintiff's reply brief, if any, is due fifteen days from the date of service of Defendant's opposition.

IT IS SO ORDERED.

Dated:   **May 15, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1